# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDWARD TERRELL,**

    **Plaintiff,**

**vs.**                                                 **CASE NO. 4:08CV06-RH/AK**

**S. E. WELLHAUSEN, et al**,

    **Defendants.**

    _____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's motion to extend time to submit his motion to proceed IFP. (Doc. 6). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and Plaintiff shall have through March 7, 2008, to submit the requested information.

**DONE AND ORDERED** this  7th  day of February, 2008.

                                                  _s/ A. KORNBLUM_
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**