# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDWARD L. TERRELL,

    Plaintiff,

vs.                                              CASE NO. 4:08CV06-RH/AK

S. E. WELLHAUSEN, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Continuance and Order (doc. 10) and Plaintiff's Motion for Writ of Mandamus (doc. 11) both seeking court intervention in obtaining inmate account information from the Defendants. The information necessary to process Plaintiff's motion for leave to proceed in forma pauperis was received by the Court on February 29, 2008, (doc. 9) and leave was granted. (Doc. 12). Thus, Plaintiff's motions (docs. 10 and 11) are **DEEMED MOOT.**

    **DONE AND ORDERED** this  *2nd*  day of April, 2008.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**