# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDWARD L. TERRELL,

    Plaintiff,

v.                                        CASE NO. 4:08cv6-RH/AK

S. W. WELLHOUSEN, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The plaintiff is a state prisoner who asserts he suffered retaliation for filing grievances and this lawsuit. By order entered January 13, 2009, the magistrate judge addressed the law applicable to claims of this type, concluded that the first amended complaint was deficient, and directed the plaintiff to file a second amended complaint if he wished to continue with the case. The plaintiff did not seek district-judge review of the January 13 order. Nor did the plaintiff file a second amended complaint. The magistrate judge entered a report and recommendation concluding that the case should be dismissed based on the plaintiff's failure to file a second amended complaint. The plaintiff has filed no objections.

The plaintiff may have chosen not to proceed.  In any event, he failed to file a second amended complaint.  Regardless of whether the first amended complaint stated a claim on which relief could be granted, *see Ashcroft v. Iqbal*, No. 07-1015, 2009 WL 1361536 (U.S. May 18, 2009) (concluding that conclusory allegations of discrimination are insufficient to state a claim on which relief can be granted), the report and recommendation is plainly correct that this case now should be dismissed because he was ordered to file a second amended complaint if he wished to proceed, he did not object to the order, and he did not file a second amended complaint.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on May 19, 2009.

s/Robert L. Hinkle<br>Chief United States District Judge